UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLENE SUSAN BAADE,

      Plaintiff,                                    Case No. 06-12801

v.                                                 Honorable John Corbett O'Meara

CHESTERFIELD POLICE DEPARTMENT,

      Defendant.
_____/

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS
AND ORDER OF DISMISSAL**

This matter came before the court on plaintiff Charlene Susan Baade's June 22, 2006 application to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915. The court will grant the application.

After reviewing Plaintiff's complaint, however, the court finds that the case lacks federal subject matter jurisdiction under either 28 U.S.C. § 1332 or 28 U.S.C. § 1331. Charlene Susan Baade is a *pro se* plaintiff who filed a hand-written complaint June 22, 2006, alleging various injuries to herself and to her family members by several people, including the Chesterfield Police Department. The complaint fails to allege a federal question, and the matter does not involve citizens of different states. Accordingly, the court has no jurisdiction to hear the matter. The court will dismiss the case without prejudice because it has not reached the merits of Plaintiff's claims; therefore, she is free to pursue this action in the appropriate state court.

## ORDER

It is hereby **ORDERED** that Plaintiff's application to proceed in forma pauperis is **GRANTED.**

It is further **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**

                                                                s/John Corbett O'Meara
                                                                United States District Judge

Dated: August 01, 2006

### Certificate of Service

I hereby certify that a copy of this Order was served upon the plaintiff by U. S. Mail on August 01, 2006.

                                                                s/William J. Barkholz
                                                                Courtroom Deputy Clerk